JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Brosnan,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Gueorgui Gantchev,<br><br>　　　　Defendants. | Case No. 2:21-cv-07761-VAP-(SKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that the action, *John Brosnan v. Gueorgui Gantchev*, 2:21-cv-07761-VAP-(SKx), is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:　1/13/22

　　　　　　　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　United States District Judge